```
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    Blaise S. Curet, #124983
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendants and Cross-Claimants
Steadfast Insurance Company, Northern
Insurance Company of New York, and
Zurich American Insurance Company, as
successor to Valiant Insurance Company with respect
to the policies at issue in the litigation
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RANDALL GROUP, INC., RANDALL REALTY CORP., AND CTL MANAGEMENT, INC.<br><br>Plaintiffs,<br><br>v<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA, NORTHERN INSURANCE COMPANY OF NEW YORK, VALIANT INSURANCE COMPANY, STEADFAST INSURANCE COMP[ANY, and DOES 1 through 30, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | CASE NO. 4:10-01793 SBA<br><br>**JOINT STIPULATION REGARDING ZURICH AMERICAN INSURANCE COMPANY'S LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND FIRST AMENDED CROSS-CLAIM** |

//
//
//
//

---

Plaintiffs The Randall Group, Inc., Randall Realty Corp., and CTL Management, Inc., by and through their attorneys WOLKIN CURRAN, LLP, by David F. Myers; defendants and cross-defendants Arrowood Indemnity Company, as successor to the Royal Indemnity Company and formerly known as the Royal Insurance Company of America and erroneously named herein as the Royal Insurance Company of America, by and through its attorneys MUSICK, PEELER & GARRETT, LLP, by David Tartaglio; defendants and cross-defendants St. Paul Fire and Marine Insurance Company by and through its attorneys BOHM, MATSEN, KEGEL & AGUILERA, LLP by A. Eric Aguilera; and defendants and cross-complainants Steadfast Insurance Company, Northern Insurance Company of New York, and Zurich American Insurance Company, as successor to Valiant Insurance Company with respect to the policies at issue in the litigation, by and through their attorneys SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC, by Blaise S. Curet, hereby stipulate as follows:

1. Defendant and Cross-Claimant Zurich American Insurance Company ("ZAIC") seeks to file a First Amended Answer to Complaint, a copy of which has been provided to all parties, replacing Valiant Insurance Company with ZAIC, as the successor to Valiant Insurance Company with respect to the policies at issue in the litigation.

2. Defendants and Cross-Claimants Steadfast Insurance Company, Northern Insurance Company of New York, and ZAIC seek to file a First Amended Cross-Claim, a copy of which has been provided to all parties, replacing Valiant Insurance Company with ZAIC, as the successor to Valiant Insurance Company with respect to the policies at issue in the litigation.

3. The Parties hereby stipulate that Defendants and Cross-claimants Steadfast Insurance Company, Northern Insurance Company of New York, and ZAIC may amend the Answer and Cross-Claim to reflect the above amendments.

4. The First Amended Answer to Complaint and First Amended Cross-Claim will be deemed served as of the date they are electronically served on all parties via electronic filing by the CM/ECF system.

5.  Answers previously filed to the Cross-Claim are deemed responsive to the First Amended Cross-Claim so that no party needs to file a new response to the First Amended Cross-Claim.

**IT IS SO STIPULATED:**

DATED: July 12, 2010          WOLKIN CURRAN, LLP


By:     /S/ DAVID F. MYERS
        DAVID F. MYERS
        Attorneys for The Randall Group, Inc.,
        Randall Realty Corp., and CTL Management

DATED: July 12, 2010          MUSICK, PEELER & GARRETT, LLP


By:     /S/ DAVID TARTAGLIO
        DAVID TARTAGLIO
        Attorneys for Arrowood Indemnity Company,
        as successor to the Royal Indemnity Company
        and formerly known as the Royal Insurance
        Company of America and erroneously named
        herein as the Royal Insurance Company of
        America

DATED: July 21, 2010          BOHM, MATSEN, KEGEL & AGUILERA, LLP


By:     /S/ A. ERIC AGUILERA
        A. ERIC AGUILERA
        Attorneys for St. Paul Fire and Marine
        Insurance Company

DATED: July 21, 2010            SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

By:   /S/ BLAISE S. CURET
BLAISE S. CURET
Attorneys for Defendants and Cross-Claimants Steadfast Insurance Company, Northern Insurance Company of New York and Zurich American Insurance Company, as successor to Valiant Insurance Company to the policies at issue in the litigation

**ORDER**

The above stipulation is accepted and IT IS SO ORDERED.

DATED: August 9, 2010

By:   *Sandra B. Armstrong*
Judge of the United States District Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Montgomery Street, Suite 720, San Francisco, California 94111-3910.

On July 21, 2010 , I served the following document(s) described as

**JOINT STIPULATION REGARDING ZURICH AMERICAN INSURANCE COMPANY'S LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND FIRST AMENDED CROSS-CLAIM**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Brandt L. Wolkin<br>David F. Myers<br>Wolkin, Curran, LLP<br>555 Montgomery Street, Suite 1100<br>San Francisco, California 94111<br>Telephone: (415) 982-9390<br>Facsimile: (415) 982-4328<br>E-mail: dmyers@wolkincurran.com | **Attorneys for Plaintiff**<br>**The Randall Group, Randall Realty Corporation, and CTL Management, Inc.** |
| A. Eric Aguilera<br>Bohm, Matsen, Kegal & Aguilera, LLP<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626<br>Telephone: (714) 384-6500<br>Facsimile: (714) 384-6501<br>E-mail: eaguilera@bmkalaw.com | **Attorneys for Defendant**<br>**St. Paul Fire and Marine Insurance Company** |
| David Tartaglio<br>Musick, Peeler & garrett LLP<br>One Wilshire Boulevard, Suite 2000<br>Los Angeles, California<br>Telephone: (213) 629-7679<br>Facsimile: (213) 624-1376<br>E-mail: d.tartaglio@mpglaw.com | **Attorneys for Arrowood Indemnity Company, as successor to the Royal Indemnity Company and formerly known as the Royal Insurance Company of America and erroneously named herein as the Royal Insurance Company of America** |

**BY ELECTRONIC TRANSMISSION:** In accordance with the Court's November 18, 2004 Amended Order re: Electronic Filing and Service , I transmitted the above-named document to via the LexisNexis File & Serve ("LNFS") E-File system for electronic transfer for filing on the website maintained by LNFS for the posting of documents filed and served in this case. As provided by that Order, transmission to LNFS constitutes service upon counsel of record. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 21, 2010, at San Francisco, California.

_____/s/_____
Theresa Lewis

I:\WPDOCS\ZURICH\Randall Realty\Pleadings\Stipulation to Amend.doc

JOINT STIPULATION REGARDING ZURICH AMERICAN INSURANCE COMPANY'S LEAVE TO FILE FIRST AMENDED ANSWER TO COMPLAINT AND FIRST AMENDED CROSS-CLAIM