Brandt L. Wolkin, Esq. SBN 112220
David F. Myers, Esq., SBN 185102
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328
dmyers@wolkincurran.com

Attorneys for Plaintiffs,
THE RANDALL GROUP, RANDALL
REALTY CORP., AND CTL
MANAGEMENT, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE RANDALL GROUP, INC., RANDALL REALTY CORP., AND CTL MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA, NORTHERN INSURANCE COMPANY OF NEW YORK, VALIANT INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, and DOES 1 through 30, inclusive, <br><br> Defendants. | Case No.:  4:10-CV-01793 SBA <br><br> STIPULATION TO RE-SCHEDULE DATE OF INITIAL CASE MANAGEMENT CONFERENCE AND ORDER APPROVING STIPULATION |

Plaintiffs, The Randall Group, Inc., Randall Realty Corp., and CTL Management, Inc., by and through their attorneys WOLKIN CURRAN, LLP, by David F. Myers; defendants and cross-defendants, Arrowood Indemnity Company, as successor to Royal Indemnity Company and formerly known as the Royal Insurance Company of America and erroneously named herein as the Royal Insurance Company of America, by and through its attorneys MUSICK,

1.

PEELER & GARRETT, LLP, by Cheryl Orr and/or David Tartaglio; defendants and cross-defendants St. Paul Fire and Marine Insurance Company by and through its attorneys BOHM, MATSEN, KEGEL & AGUILERA, LLP by A. Eric Aguilera; and defendants and cross-complainants, Steadfast Insurance Company, Northern Insurance Company of New York, and Zurich American Insurance Company, as successor to Valiant Insurance Company, by and through their attorneys SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC, by Blaise S. Curet, hereby stipulate as follows:

1. Plaintiffs have requested that the Initial Case Management Conference currently scheduled to take place on September 9, 2010, be rescheduled due to the fact that:

   (a) Plaintiffs' counsel, David F. Myers, is scheduled to attend a hearing on cross-motions for summary judgment and summary adjudication in a case venued in Riverside County Superior Court and will, for that reason, be unavailable to set-up the Court's requisite telephonic conference; and

   (b) Plaintiffs' counsel, Brandt L. Wolkin, will be unavailable to set-up the Court's requisite telephonic conference because he will be observing the Rosh Hashana holiday.

2. Counsel for each of the defendants has been contacted and made aware of the above unavailability and each counsel has stated that he, or she, has no objection to a rescheduled date for the Initial Case Management Conference.

3. Pursuant to the Local Rules of Court, counsel for Plaintiffs will initiate the telephonic conference joining all parties and then will contact the Court.

///

///

4. A Joint Case Management Statement will be filed at least 10 days prior to the rescheduled date of hearing of the Initial Case Management Conference.

5. The Parties hereby stipulate and agree that they are each available on October 20 and 21and that the Initial Case Management Conference may be rescheduled to either of those dates.

**IT IS SO STIPULATED:**

DATED:  August 23, 2010     WOLKIN CURRAN, LLP

By:     /s/David F. Myers
DAVID F. MYERS
Attorneys for The Randall Group, Inc., Randall Realty Corp., and CTL Management

DATED:  August 23, 2010     MUSICK, PEELER & GARRETT, LLP

By:     /s/David A. Tartaglio
CHERYL ORR
DAVID TARTAGLIO
Attorneys for Arrowood Indemnity Company, as successor to the Royal Indemnity Company and formerly known as the Royal Insurance Company of America and erroneously named herein as the Royal Insurance Company of America

DATED: August 23, 2010      BOHM, MATSEN, KEGEL & AGUILERA, LLP


By:      /s/ A. Eric Aguilera
         ABEL ERIC AGUILERA
         Attorneys for St. Paul Fire and Marine Insurance Company

DATED: August 23, 2010      SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC


By:      /s/ Blaise S. Curet
         BLAISE S. CURET
         Attorneys for Defendants and Cross-Claimants Steadfast Insurance Company,
         Northern Insurance Company of New York and Zurich American Insurance Company, as
         successor to Valiant Insurance Company to the policies at issue in the litigation

## ORDER

The above stipulation is accepted and IT IS SO ORDERED.

The Initial Case Management Conference shall be rescheduled and shall take place on October20, 2010, at 3:00 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

4.

DATED:  August 24, 2010

By: _____
Judge of the United States District Court

5.

STIPULATION AND ORDER RESCHEDULING                    4:10-CV-10-0793 SBA
CASE MANAGEMENT CONFERENCE