1  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   Blaise S. Curet, #124983
2  555 Montgomery Street, Suite 720
   San Francisco, California 94111-3910
3  Tel.: (415) 352-6200; Fax: (415) 352-6224

4  Attorneys for Defendants and Cross-Claimants
   Steadfast Insurance Company, Northern
5  Insurance Company of New York, and
   Zurich American Insurance Company, as
6  successor to Valiant Insurance Company with respect
   to the policies at issue in the litigation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RANDALL GROUP, INC., RANDALL REALTY CORP., AND CTL MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA, NORTHERN INSURANCE COMPANY OF NEW YORK, VALIANT INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, and DOES 1 through 30, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | CASE NO. 4:10-01793 SBA<br><br>**JOINT STIPULATION AND ORDER REGARDING REMAND TO STATE COURT** |

//
//
//
//

1      Defendants and cross-complainants Steadfast Insurance Company, Northern
2 Insurance Company of New York, and Zurich American Insurance Company, as successor
3 to Valiant Insurance Company (collectively "Zurich"), cross-defendant Arrowood
4 Indemnity Company, as successor to the Royal Indemnity Company and formerly known
5 as the Royal Insurance Company of America and erroneously named herein as the Royal
6 Insurance Company of America ("Arrowood"), and cross-defendant St. Paul Fire and
7 Marine Insurance Company ("St. Paul"), by and through their attorneys stipulate as
8 follows:
9      1.      Plaintiffs The Randall Group, Inc, Randall Realty Corp., and CTL
10 Management, Inc. will be filing a dismissal with prejudice of their complaint in the instant
11 action pursuant to the settlement agreement in the case entitled *Suncreek Sacramento*
12 *Apartments, LLC; Commercial Ventures, Inc. v. The Randall Group, Inc. et al.* Sacramento
13 Superior Court, Action No. 05AS02621 (hereinafter, "Underlying Action").   ;
14      2.      St. Paul will be filing a dismissal with prejudice of its counter-claim in the
15 instant action pursuant to the settlement agreement in the Underlying Action.
16      3.      Once the above dismissals with prejudice are filed, the only pleading
17 remaining in this case is Zurich's cross-claim against Arrowood and St. Paul.
18      4.      Therefore, the undersigned parties stipulate that the Court remand this matter
19 to the Superior Court of the State of California in and for the County of San Francisco
20 upon the filing of both dismissals by Plaintiffs and St. Paul.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    IT IS SO STIPULATED:

3    DATED:  November 12, 2010        MUSICK, PEELER & GARRETT, LLP

                                      By:      /S/ DAVID TARTAGLIO
                                               DAVID TARTAGLIO
                                               Attorneys for Arrowood Indemnity Company,
                                               as successor to the Royal Indemnity Company
                                               and formerly known as the Royal Insurance
                                               Company of America and erroneously named
                                               herein as the Royal Insurance Company of
                                               America

11   DATED:  November 12, 2010        BOHM, MATSEN, KEGEL & AGUILERA, LLP

                                      By:      /S/ A. ERIC AGUILERA
                                               A. ERIC AGUILERA
                                               Attorneys for St. Paul Fire and Marine
                                               Insurance Company

16   DATED:  November 12, 2010        SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

                                      By:      /S/ BLAISE S. CURET
                                               BLAISE S. CURET
                                               Attorneys for Defendants and Cross-
                                               Claimants Steadfast Insurance Company,
                                               Northern Insurance Company of New York
                                               and Zurich American Insurance Company, as
                                               successor to Valiant Insurance Company to
                                               the policies at issue in the litigation

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**ORDER**

IT IS HEREBY ORDERED THAT the above stipulation is accepted. IT IS FURTHER HEREBY ORDERED THAT, having received the stipulations of dismissal filed by Plaintiffs and St. Paul, this matter is REMANDED to the Superior Court of the State of California in and for the County of San Francisco. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: November 30, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224

4
JOINT STIPULATION REGARDING REMAND TO SAN FRANCISCO SUPERIOR COURT